IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| LAURA B. JOHNSON, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:14-cv-00043 |
| v. ) | |
| ) | **FINAL JUDGMENT & ORDER** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | By: Joel C. Hoppe |
| Defendant. ) | United States Magistrate Judge |

This matter is before the Court on the parties' motions for summary judgment on the Plaintiff Laura B. Johnson's challenge to her adverse social security disability determination. For the reasons stated in the Memorandum Opinion filed this day, the Plaintiff's motion, ECF No. 13, is DENIED; the Defendant's motion, ECF No. 17, is GRANTED; and the Commissioner of Social Security's final decision in this case is AFFIRMED. The Clerk is directed to DISMISS the case from this Court's active docket.

It is so ORDERED.

The Clerk shall send certified copies of this Judgment and Order to the parties.

ENTER: November 4, 2015

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge